| United States District Court | Southern District of Texas |
|---|---|

Securities and Exchange Commission, §
§
       Plaintiff, §
§
versus §       Civil Action 13-163
§
Jonathan Gilchrist, §
§
       Defendant. §

# Final Judgment

1. Jonathan Gilchrist may not work as an officer or director for issuers that are required to register their securities or act as a securities broker or dealer.

2. Jonathan Gilchrist may not trade stocks with a price less than five dollars.

3. The Securities and Exchange Commission takes $842,493.40 from Jonathan Gilchrist – his profits from the illegal trades plus pre-judgment interest.

Signed on August 16, 2013, at Houston, Texas.

                                                 Lynn N. Hughes
                                        United States District Judge